IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Samuel, Lashon

Printed: 10/2/07

Case Number: 07 B 08973
Judge: Goldgar, A. Benjamin
Filed: 5/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: August 21, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 2. | Affiliated Financial Corpotation | Secured | 14,000.00 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 111.82 | 0.00 |
| 4. | Affiliated Financial Corpotation | Unsecured | 554.93 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 554.45 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 382.02 | 0.00 |
| 7. | Aspire Visa | Unsecured | 297.00 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 2,140.00 | 0.00 |
| 9. | Nicor Gas | Unsecured | 1,643.35 | 0.00 |
| 10. | Triad Financial Services | Unsecured | 505.27 | 0.00 |
| 11. | Laurel Rector, Esq. | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,188.84 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Samuel, Lashon | Case Number:  07 B 08973 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  10/2/07 | Filed:  5/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*